**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
150 Almaden Blvd., Suite 1380
San Jose, CA 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535
Email: shawn@parrlawoffices.com

Attorneys for Defendant KINGMAN YU

Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121 / Facsimile: (949) 720-0182
Email: sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>KINGMAN YU,<br><br>Defendant. | CASE NO. C-04-3530 JL<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant KINGMAN YU ("YU"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 27, 2005, the Court ordered this case to mediation to be completed within 90 days; and

PARR LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION TO EXTEND TIME FOR MEDIATION, CONTINUE CMC - C-04-3530 MMC*

1

BNFY 616459v1

WHEREAS, a mediation was scheduled on July 27, 2005, which required rescheduling due to an unavoidable conflict of Defendant's counsel; and

WHEREAS, the parties and mediator have rescheduled the mediation for August 12, 2005, which is beyond the Court's deadline for completion of mediation, and

WHEREAS, the Court continued the case to August 17, 2005, at 10:30 a.m. for a Case Management Conference.

NOW, THEREFORE, in consideration of the foregoing facts, the parties hereto, by and through their respective counsel of record, stipulate as follows:

1. To extend the mediation deadline in this case for 30 days to and including August 27, 2004.

2. To continue the Case Management Conference scheduled for August 17, 2005 at 10:30 a.m. until September 28, 2005.

Dated: July 15, 2005          BUCHALTER, NEMER, FIELDS & YOUNGER

                              _____
                              SANDEEP J. SHAH
                              Attorneys for Plaintiff DIRECTV, Inc.

Dated: July 15, 2005          PARR LAW GROUP

                              _____
                              SHAWN R. PARR
                              Attorneys for Defendant KINGMAN YU

PARR LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION TO EXTEND TIME FOR MEDIATION, CONTINUE CMC - C-04-3530 MMC*

2

BNFY 616459v1

## ORDER

Having read the foregoing Stipulation, and good cause appearing therefor, the Court hereby orders as follows:

1. The time within which Plaintiff DIRECTV, Inc. and Defendant KINGMAN YU must complete court-sponsored mediation is extended up to and including August 27, 2005.

2. The CMC scheduled for August 17, 2005 at 10:30 a.m. is continued until September 28, 2005.

Dated: July 28, 2005

/s/ James Larson
_____
Hon. James Larson
Judge of the United States District Court,
Northern District of California

PARR
LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

*STIPULATION TO EXTEND TIME FOR MEDIATION, CONTINUE CMC - C-04-3530 MMC*

3

BNFY 616459v1