**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
150 Almaden Blvd., Suite 1380
San Jose, CA 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Defendant
KINGMAN YU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC. a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>KINGMAN YU,<br><br>Defendant. | CASE NO.  C-04-3530 JL<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON |

Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant KINGMAN YU ("YU"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, a mediation was scheduled on August 12, 2005; and

WHEREAS, without prior notice to counsel the Defendant did not attend the mediation; and

WHEREAS, for this and other reasons Defendant's counsel has filed a Motion to be Relieved as Counsel for Defendant which is set to be heard in this Court on October 5, 2005; and

WHEREAS, the Case Management Conference in this case is presently set for September 28, 2005, at 10:30 a.m., and the parties agree to a continuance of that date to sometime after the October 5, 2005 hearing date.

PARR
LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - C-04-3530 MMC

1

Dated: August 19, 2005         BUCHALTER, NEMER, FIELDS & YOUNGER

                               _____
                               KELI N. OSAKI, Attorneys for
                               Plaintiff DIRECTV, Inc.

Dated: August 17, 2005         PARR LAW GROUP

                               _____
                               SHAWN R. PARR, Attorneys for
                               Defendant KINGMAN YU

## ORDER

Having read the foregoing Stipulation, and good cause appearing therefore, the Court hereby orders as follows:

1. The CMC scheduled for September 28, 2005, at 10:30 a.m. is continued to November 2, 2005 @ 10:30 a.m.

Dated: September 20, 2005

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PARR LAW GROUP
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - C-04-3530 MMC

2